**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01147-LTB
Criminal Action No. 03-cr-00011-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM DEAN DAVIS,

    Defendant/Movant.

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

---

Babcock, Chief Judge

    Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this  23rd  day of August, 2006.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              CHIEF JUDGE, UNITED STATES DISTRICT
                              COURT FOR THE DISTRICT OF COLORADO